# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# MILWAUKEE DIVISION

| | |
|---|---|
| MICHAEL THOMAS MERRILL, <br><br> Plaintiff, <br><br> v. <br><br> NATIONWIDE CAPITAL SERVICES, LLC d/b/a STRUCTURED SETTLEMENT, <br><br> Defendant. | Case No. 2:22-cv-00115-BHL <br><br><br> Honorable Brett H. Ludwig |

**ATTORNEY FEES**

| Date | Description | Attorney/Staff | Rate | Time | Amount |
|---|---|---|---|---|---|
| 1/21/2022 | Reviewed documents to verify potential causes of action | Alexander J. Taylor | $425.00 | 0.5 | $212.50 |
| 1/21/2022 | Researched proper defendants | Alexander J. Taylor | $425.00 | 0.3 | $127.50 |
| 1/21/2022 | Draft/Revised Complaint | Alexander J. Taylor | $425.00 | 2.5 | $1,062.50 |
| 1/28/2022 | Filed Complaint, Issued Summons and sent to process server | Jessica Madrid (Paralegal) | $125.00 | 0.75 | $93.75 |
| 3/15/2022 | Filed Executed Summons | Jessica Madrid (Paralegal) | $125.00 | 0.2 | $25.00 |

1

| Date | Description | Attorney | Rate | Hours | Total |
|---|---|---|---|---|---|
| 9/27/2022 | Drafted and Filed Motion for Entry of Default Judgment and sent to Defendant | Alexander J. Taylor | $425.00 | 1.5 | $637.50 |
| 11/2/2022 | Drafted Motion for Default Judgment | Alexander J. Taylor | $425.00 | 1.5 | $637.50 |

**Costs:**
Filing Fee    $ 400.00
Service(R.O.S. Consulting, Inc.)    $ 250.00
Mailing Cost    $ 10.80
**Total Costs:**    **$ 660.80**

**Grand Total**
Attorney Fees    $ 3,221.25
Costs    $ 660.80
**Total**    **$ $3,882.05**

Date: November 3, 2022

Respectfully submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com

3