UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| MICHAEL THOMAS MERRILL,<br><br>Plaintiff,<br><br>v.<br><br>NATIONWIDE CAPITAL SERVICES, LLC d/b/a STRUCTURED SETTLEMENT,<br><br>Defendant. | Case No. 2:22-cv-00115-BHL<br><br>Honorable Brett H. Ludwig |

**AFFIDAVI IN SUPPORT OF PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST NATIONWIDE CAPITAL SERVICES, LLC D/B/A STRUCTURED SETTLEMENT**

STATE OF ILLINOIS

COUNTY OF DUPAGE

**NOW COMES** Alexander J. Taylor, being duly sworn, says that he is an attorney for the Plaintiff in the above-entitled action; that the complaint and summons in this action were served on Defendant Nationwide Capital Services, LLC d/b/a Structured Settlement by hand on March 11, 2022; that service was properly made by Gregory Kowal, a certified process server and effectuated on a Reganne Cutsforth, an authorized agent for Defendant at 901 S. Whitney Way, Madison, Wisconsin, where the Registered Agent is authorized to accept service on behalf of Defendant; that Defendant is not an infant, not in the military, and not an incompetent person; that the time within which Defendant may plead or otherwise defend has expired; that the Defendant has not plead, answered, or otherwise defended, and that the time for Defendant to answer, plead or otherwise defend has not been extended.

1

_____

Alexander J. Taylor, Esq
*Counsel for Plaintiff*

Date: November 3, 2022                    Respectfully submitted,

<u>*s/ Alexander J. Taylor*</u>
Alexander J. Taylor, Esq.
Counsel for Plaintiff
Sulaiman Law Group, Ltd.
2500 Highland Avenue, Suite 200
Lombard, Illinois 60148
(630) 575-8181 (phone)
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com